STATE of Missouri, Respondent,

v.

Leon E. NASH, Appellant.

No. WD 65080.

Missouri Court of Appeals,
Western District.

March 7, 2006.

Rosalynn Koch, Columbia, MO, for appellant.

Shaun J. Mackelprang, Jefferson City, MO, for respondent.

Before JAMES M. SMART, P.J.,
ROBERT G. ULRICH, and VICTOR C. HOWARD, JJ.

## ORDER

PER CURIAM.

Leon Nash appeals his convictions for assault in the first degree, § 565.050, RSMo;[1] and armed criminal action, § 571.015, RSMo, for which he was sentenced to a total of thirteen years imprisonment (consecutive terms of ten years for first degree assault and three years for armed criminal action).

For the reasons set forth in the memorandum provided to the parties, the judgment of conviction is affirmed. Rule 30.25(b).

John C. BAKER, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 65152.

Missouri Court of Appeals,
Western District.

March 7, 2006.

Jeannie Marie Willibey, Kansas City, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Shaun Mackelprang and Roger W. Johnson, Office of Attorney General, Jefferson City, for respondent.

Before JOSEPH M. ELLIS, Presiding Judge, HAROLD L. LOWENSTEIN, Judge, and PAUL M. SPINDEN, Judge.

## ORDER

John C. Baker appeals the circuit court's judgment denying his Rule 24.035 motion without having been granted an evidentiary hearing. We affirm. Rule 84.16(b).

---

1. All statutory references are to RSMo 2000 unless otherwise indicated.